- Printable Full Report

**UNIQUE NATIONAL COLLECTION**

Address:
119 E MAPLE ST
JEFFERSONVILLE, IN 47130
(866) 514-7649
Address Identification Number:
0210567886

Account Number:
5464058

Original Creditor:
MOUNT VERNON PUBLIC LIBRARY

Status: Collection account. $42 past due as of Aug 2007.

Status Details: This account is scheduled to continue on record until Jul 2013.

Date Opened:
01/2007
Reported Since:
08/2007
Date of Status:
08/2007
Last Reported:
08/2007

Type:
Collection
Terms:
1 Months
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$42
High Balance:
NA
Recent Balance:
$42 as of 08/2007
Recent Payment:
$0

Account History:
Collection as of Aug 2007

Address:                    Account Number:

Address Identification Number:

Date Opened:            Type:             Credit Limit/Original Amount:
Reported Since:         Terms:            High Balance:
                                          NA
Date of Status:         Monthly Payment:  Recent Balance:
                                          NA
Last Reported:          Responsibility:   Recent Payment:
                        Individual        NA

Your Statement:

Account History:

Account Number: