UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23669-Civ-SCOLA

YAUMARY MYRICK,

    Plaintiff,

vs.

UNIQUE MANAGEMENT
SERVICES, INC.,

    Defendant.
_____/

## JOINT DISCOVERY PLAN

Pursuant to the Court's Order Requiring Compliance with Local Rule 16.1(b), the parties have agreed to the following deadlines:

**DATE**          **ACTION**

| | | |
|---|---|---|
| The parties agree that this case should be placed on a Standard Track and propose the following deadlines: | | |
| By | January 31, 2012 | Deadline to select a mediator. |
| By | February 21, 2012 | Deadline to join additional parties or to amend pleadings. |
| By | April 16, 2012 | Deadline to file joint interim status report. |
| By | October 1, 2012 | Deadline to complete all fact discovery<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule 16.1(k). Rebuttal disclosures are permitted and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii) |

| By | October 8, 2012 | Deadline for the filing of all dispositive motions |
|---|---|---|
| By | October 15, 2012 | Deadline to complete mediation. |
| By | November 21, 2012 | Deadline to complete all expert discovery. |
| By | November 27, 2012 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| By | January 16, 2012 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| By | January 25, 2013 | Calendar Call |
| By | January 31, 2013 | Two-week trial period commences |

| | |
|---|---|
| **CARD & GLENN, P.A.**<br>Attorneys for Plaintiff<br>2501 Hollywood Boulevard, Suite 100<br>Hollywood, Florida 33020<br>Telephone: (954) 921-9994<br>Facsimile: (954) 921-9553<br>Email: Aglenn@cardandglenn.com<br><br>By:  s/ Andrew I. Glenn<br>     Andrew I. Glenn, Esq.<br>     Florida Bar No. 577261<br>     J. Dennis Card, Jr., Esq.<br>     Florida Bar No.  0487473 | **HINSHAW & CULBERTSON LLP**<br>Attorney for Defendant<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063<br>Email: dhartnett@hinshawlaw.com<br><br>By:  s/ David P. Hartnett<br>     David P. Hartnett, Esq.<br>     Florida Bar No. 0946631 |