**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-23669-Civ-SCOLA

YAUMARY MYRICK,

    Plaintiff,

vs.

UNIQUE MANAGEMENT
SERVICES, INC.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal without prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: April 19, 2012                                             Respectfully submitted,

| | |
|---|---|
| s/ J. Dennis Card, Jr._____ | s/ Barbara Fernandez_____ |
| J. Dennis Card, Jr., Esq | David P. Hartnett, Esq. |
| E-mail: DCard@cardandglenn.com | Florida Bar No. 0946631 |
| Florida Bar No. 0487473 | Email: dhartnett@hinshawlaw.com |
| Card & Glenn, P.A. | Barbara Fernandez, Esq. |
| 2501 Hollywood Boulevard, Suite 100 | Florida Bar No. 0493767 |
| Hollywood, Florida 33020 | Email: bfernandez@hinshawlaw.com |
| Telephone: (954) 921-9994 | Hinshaw & Culbertson LLP |
| Facsimile: (954) 921-9553 | 9155 S. Dadeland Boulevard, Suite 1600 |
| Attorney for Plaintiff | Miami, Florida 33156-2741 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | Attorneys for Defendant |

1