UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23669-Civ-SCOLA

YAUMARY MYRICK,

    Plaintiff,

vs.

UNIQUE MANAGEMENT
SERVICES, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS MATTER has been dismissed without prejudice, pursuant to Joint Stipulation of the parties, under Federal Rule of Civil Procedure 41(a).  *See* Joint Stipulation [ECF No. 16]. Accordingly, the Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on April 19, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*